PS 40
Rev. 10/14

# UNITED STATES DISTRICT COURT
## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227
Fax (202) 485-6496
E-mail: CA-PPT-CourtOrders@state.gov

**FROM:** U. S. Probation Office
Northern District of West Virginia
P.O. Box 248
Wheeling, WV 26003

☐ **Original Notice**
Date: 08/19/2020
By: The Honorable James P. Mazzone

☑ **Notice of**
Date: 02/02/2022
By: The Honorable John Preston Bailey

Defendant: Hoffler, Kristen
Date of Birth: /1995
SSN: -6217
Place of Birth: Brooklyn, NY

Case Number: 5:20CR16-24

**Notice of Court Order** (Order Date)

☐ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☐ The above-named defendant surrendured Passport Number
to the custody of the U.S. District Court on.

**Notice of Disposition**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted - Document returned to defendant.

☐ Defendant not convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☑ Defendant convicted - Document and copy of judgement enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court